**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

# Selected docket entries for case 17−50325

Generated: 09/08/2025 23:15:08

| Filed | Document Description | Page | Docket Text |
|-------|---------------------|------|-------------|
| 01/23/2018 | 71 Opening Brief<br>**DOCUMENT COULD NOT BE RETRIEVED!** | | MOTION filed by Appellant Mr. Samuel Velasco Gurrola for reconsideration of the Order dated 01/18/2018 [71]. Date of service: 01/23/2018 via email − Attorney for Appellants: Chapman, Krauss; Attorney for Appellee: Gay [17−50325] (Sean Christopher Chapman ) |